UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3748

Deborah Laufer,
    Plaintiff,
v.

Juda, Inc,
    Defendant(s).

_____

**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE**
_____

    Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| _/s/Suzette M. Marteny Moore_ | _Michael J. Davis_ |
| Of Counsel, Thomas Bacon PA | Michael J. Davis |
| 2690 S. Combee Road | Davis Law Group LLC |
| Lakeland, FL 33803 | 2255 Sheridan Boulevard St. C 272 |
| Tel: 863-229-2140 | Edgewater, CO 80214 |
| S.Moore@SMooreLaw.com | (720)368-5262 |
| Eservice@SMooreLaw.com | mdavislaw@mjdavislaw.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this February 18, 2021.

                                                 _/s/Suzette M. Marteny Moore_
                                                 **Suzette M. Marteny Moore**
                                                 Of Counsel, Thomas Bacon PA
                                                 2690 S. Combee Road
                                                 Lakeland, Florida 33803
                                                 (863) 229-2140 (T)
                                                 S.Moore@SMooreLaw.com
                                                 Eservice@SMooreLaw.com
                                                 *Attorneys for Plaintiff*